```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 15-01102-HWV
Michael F. Fox                                                      Chapter 13
Karen J. Fox
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke            Page 1 of 3             Date Rcvd: Jun 10, 2020
                               Form ID: 3180W             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db/jdb         +Michael F. Fox,    Karen J. Fox,    414 East Main Street,    Mechanicsburg, PA 17055-6515
4620536        +7 West Main Street,    Mechanicsburg, PA 17055-6230
4635566        +AP Account Services LLC,    9311 San Pedro Avenue,    Suite 600,   san Antonio, TX. 78216-4459
4620543         Boscovs,   Po Box 71106,    Charlotte, NC 28272-1106
4620545        +Citi Cards,   Po Box 790345,    St Louis, MO 63179-0345
4620547         Colonial Savings & Loan,    20600 West Fwy,    Fort Worth, TX 76102
4879353         Colonial Savings, F.A.,    2626B West Freeway,    Fort Worth, TX 76102
4620549         Department Of Public Welfare,    Bureau Of Program Integrity,    Po Box 8486,
                 Harrrisburg, PA 17105-8486
4620551        +E.L. Diffenbaugh Associates,    25 Broad St.,    Newville, PA 17241-1501
4620535        +Fox Karen J,    414 East Main Street,   Mechanicsburg, PA 17055-6515
4620565        +Fox Karen J,    414 East Main Street,   Mechanicsburg, PA 17055-6515
4620534        +Fox Michael F,    414 East Main Street,   Mechanicsburg, PA 17055-6515
4620555        +Newville Water & Sewer,    4 West Street,    Newville, PA 17241-1032
4620556        +Northland Group Inc.,    Po Box 390846,    Minneapolis, MN 55439-0846
4620558        +Royers Flowers,    Po Box 330,   Lebanon, PA 17042-0330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4620537         EDI: ARSN.COM Jun 10 2020 23:43:00      Associated Recovery Systems,    Po Box 469046,
                 Escondido, CA 92046-9046
4620539         EDI: BANKAMER.COM Jun 10 2020 23:43:00      Bank Of America,    Po Box 982235,
                 El Paso, TX 79998-2235
4620538         EDI: BANKAMER.COM Jun 10 2020 23:43:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
4620541         EDI: BANKAMER.COM Jun 10 2020 23:43:00      Bank Of America,    Po Box 5170,
                 Simi Valley, CA 93062-5170
4620542        +EDI: BANKAMER.COM Jun 10 2020 23:43:00      Bank Of America,    Po Box 15019,
                 Wilmington, DE 19850-5019
4620540        +EDI: BANKAMER.COM Jun 10 2020 23:43:00      Bank of America,    1800 Tapo Canyon,
                 Simi Valley, CA 93063-6712
4670657         EDI: WFFC.COM Jun 10 2020 23:43:00      Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
4670985        +EDI: BANKAMER.COM Jun 10 2020 23:43:00      Bank of America, N.A.,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
4620544         EDI: CAPITALONE.COM Jun 10 2020 23:43:00      Capital One Bank,    Po Box 85015,
                 Richmond, VA 23285-5015
4649866         EDI: BL-BECKET.COM Jun 10 2020 23:43:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4653540        +EDI: BASSASSOC.COM Jun 10 2020 23:43:00      Cavalry Spv 1, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
4620546         EDI: CITICORP.COM Jun 10 2020 23:43:00      Citibank South Dakota,    Po Box 6500,
                 Sioux Falls, SD 57117-6500
4620550         EDI: DISCOVER.COM Jun 10 2020 23:43:00      Discover Financial Services,    Po Box 15316,
                 Wilmington, DE 19850
4622326         EDI: DISCOVER.COM Jun 10 2020 23:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
4620552        +E-mail/Text: bankruptcy@fncbinc.com Jun 10 2020 19:44:46
                 First National Collection Bureau In,    610 Waltham Way,    Sparks, NV 89437-6695
4620553        +E-mail/Text: bankruptcy@huntington.com Jun 10 2020 19:46:48      Huntington National Bank,
                 Po Box 1558 Dept. Eaw25,    Columbus, OH 43216-1558
4620554         E-mail/Text: bncnotices@becket-lee.com Jun 10 2020 19:46:34      Kohls,    Po Box 2983,
                 Milwaukee, WI 53201-2983
4672935         EDI: PRA.COM Jun 10 2020 23:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4647471         E-mail/Text: bankruptcynotices@psecu.com Jun 10 2020 19:47:02       PSECU,   P O BOX 67013,
                 HARRISBURG, PA 17106-7013
4637610         E-mail/Text: ebn@vativrecovery.com Jun 10 2020 19:46:39      Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
4620557         E-mail/Text: bankruptcynotices@psecu.com Jun 10 2020 19:47:03
                 Pennsylvania State Employees Fcu,    Po Box 67013,    Harrisburg, PA 17106-7013
4620561         EDI: RMSC.COM Jun 10 2020 23:43:00      SYNCB/PAYPAL,    Po Box 965005,   Orlando, FL 32896-5005
4620562         EDI: RMSC.COM Jun 10 2020 23:43:00      SYNCHRONY AMAZON,    Po Box 960013,
                 Orlando, FL 32896-0013
4620559         EDI: SEARS.COM Jun 10 2020 23:43:00      Sears Cbna,    Po Box 6282,
                 Sioux Falls, SD 57117-6282
4620560        +EDI: NEXTEL.COM Jun 10 2020 23:43:00      Sprint,    Po Box 105243,   Atlanta, GA 30348-5243
4620563         EDI: CITICORP.COM Jun 10 2020 23:43:00      The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
4622492        +E-mail/Text: bankruptcy@huntington.com Jun 10 2020 19:46:48      The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 27
```

```
District/off: 0314-1          User: AutoDocke          Page 2 of 3                  Date Rcvd: Jun 10, 2020
                              Form ID: 3180W           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
4620566*          +7 West Main Street,   Mechanicsburg, PA 17055-6230
4620567*           Associated Recovery Systems,    Po Box 469046,    Escondido, CA  92046-9046
4620569*         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998-2235)
4620568*         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
4620571*          Bank Of America,    Po Box 5170,    Simi Valley, CA  93062-5170
4620572*         +Bank Of America,    Po Box 15019,    Wilmington, DE 19850-5019
4620570*         +Bank of America,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
4620573*          Boscovs,    Po Box 71106,    Charlotte, NC  28272-1106
4620574*         ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                  (address filed with court: Capital One Bank,    Po Box 85015,    Richmond, VA  23285-5015)
4620575*         +Citi Cards,    Po Box 790345,    St Louis, MO 63179-0345
4620576*          Citibank South Dakota,    Po Box 6500,    Sioux Falls, SD  57117-6500
4620577*          Colonial Savings & Loan,    20600 West Fwy,    Fort Worth, TX  76102
4620580*         ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                  (address filed with court: Discover Financial Services,    Po Box 15316,
                   Wilmington, DE  19850)
4620578*          Debt Recovery Solutions,    900 Merchants Concourse Suite 106,    Westbury, NY  11590-5114
4620579*          Department Of Public Welfare,    Bureau Of Program Integrity,    Po Box 8486,
                   Harrisburg, PA  17105-8486
4620581*         +E.L. Diffenbaugh Associates,    25 Broad St.,    Newville, PA 17241-1501
4620582*         +First National Collection Bureau In,    610 Waltham Way,    Sparks, NV 89437-6695
4620564*         +Fox Michael F,    414 East Main Street,    Mechanicsburg, PA 17055-6515
4620583*         +Huntington National Bank,    Po Box 1558 Dept. Eaw25,    Columbus, OH 43216-1558
4620584*          Kohls,    Po Box 2983,    Milwaukee, WI  53201-2983
4620585*         +Newville Water & Sewer,    4 West Street,    Newville, PA 17241-1032
4620586*         +Northland Group Inc.,    Po Box 390846,    Minneapolis, MN 55439-0846
4620587*          Pennsylvania State Employees Fcu,    Po Box 67013,    Harrisburg, PA  17106-7013
4620588*         +Royers Flowers,    Po Box 330,    Lebanon, PA 17042-0330
4620591*          SYNCB/PAYPAL,    Po Box 965005,    Orlando, FL  32896-5005
4620592*          SYNCHRONY AMAZON,    Po Box 960013,    Orlando, FL  32896-0013
4620589*          Sears Cbna,    Po Box 6282,    Sioux Falls, SD  57117-6282
4620590*         +Sprint,    Po Box 105243,    Atlanta, GA 30348-5243
4620593*          The Home Depot,    Po Box 6497,    Sioux Falls, SD  57117-6497
4620548         ##Debt Recovery Solutions,    900 Merchants Concourse Suite 106,    Westbury, NY  11590-5114
                                                                                      TOTALS: 0, * 29, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamdl3trustee.com
              Gregory S Hazlett    on behalf of Debtor 2 Karen J. Fox adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor 1 Michael F. Fox adlitem@pa.net
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com,
               bkgroup@kmllawgroup.com
              Richard M Squire    on behalf of Creditor    COLONIAL SAVINGS lcolwell@squirelaw.com,
               coppenheimer@squirelaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert M. Kline   on behalf of Creditor   COLONIAL SAVINGS rkline@squirelaw.com, rmklinelaw@aol.com
          Sarah K. McCaffery   on behalf of Creditor   COLONIAL SAVINGS smccaffery@squirelaw.com
          Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                          TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael F. Fox<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0845<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Karen J. Fox<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6586<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:15–bk–01102–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Michael F. Fox                         Karen J. Fox

**By the court:**

6/10/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**