In re:  
Michael F. Fox  
Karen J. Fox  
    Debtors

Case No. 15-01102-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke     Page 1 of 1     Date Rcvd: Jul 16, 2020  
Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.  
db/jdb     +Michael F. Fox,    Karen J. Fox,    414 East Main Street,    Mechanicsburg, PA 17055-6515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

     Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
     Gregory S Hazlett    on behalf of Debtor 1 Michael F. Fox adlitem@pa.net  
     Gregory S Hazlett    on behalf of Debtor 2 Karen J. Fox adlitem@pa.net  
     Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com  
     Richard M Squire    on behalf of Creditor    COLONIAL SAVINGS lcolwell@squirelaw.com, coppenheimer@squirelaw.com  
     Robert M. Kline    on behalf of Creditor    COLONIAL SAVINGS rkline@squirelaw.com, rmklinelaw@aol.com  
     Sarah K. McCaffery    on behalf of Creditor    COLONIAL SAVINGS bankruptcy@powerskirn.com  
     Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael F. Fox,
    **Debtor 1**

Karen J. Fox,
    **Debtor 2**

Chapter 13

Case No. 1:15–bk–01102–HWV

Social Security No.:
    xxx–xx–0845    xxx–xx–6586

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 16, 2020

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)